Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Modesto; Tom Fara
Brent Salyer

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONNA FLETCHER; NATHAN FLETCHER; and N.F., a minor by and through his Guardian Ad Litem, DONNA FLETCHER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF MODESTO; TOM FARA; BRENT SALYER; and DOES 1 through 50,<br><br>　　　　　Defendants. | Case No. 1:16-CV-01512-LJO-EPG<br><br>**STIPULATION AND ORDER ALLOWING DEFENDANTS AN EXTENSION OF TIME TO RESPOND TO COMPLAINT**<br><br><br>Trial Date:　　None Set |

Plaintiffs Donna Fletcher; Nathan Fletcher; and N.F., a minor by and through his Guardian Ad Litem, Donna Fletcher (collectively, the "Plaintiffs"), and Defendants City of Modesto, Officer Tom Fara, and Officer Brent Salyer (collectively, the "Defendants") hereby agree and stipulate as follows:

1. That Defendants shall have until December 8, 2016 to file a responsive pleading to Plaintiffs' Complaint.

IT IS SO STIPULATED.

DATED: October 28, 2016    MEYERS, NAVE, RIBACK, SILVER & WILSON

By:  /s/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants City of Modesto; Tom Fara; Brent Salyer

DATED: October 28, 2016    LAYFIELD & BARRETT, APC

By:  /s/ Gregory Peacock
Gregory Peacock
Attorney for Plaintiffs

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

1 **ORDER**

2   Based on the stipulation above, Defendants may file a response to the Complaint no later
3 than December 8, 2016.

4

5 IT IS SO ORDERED.

6
  Dated:   **November 1, 2016**            /s/ Erica P. Grosjean
7                                          UNITED STATES MAGISTRATE JUDGE