Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA  95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Modesto; Tom Fara
Brent Salyer

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

| | |
|---|---|
| DONNA FLETCHER; NATHAN FLETCHER; and N.F., a minor by and through his Guardian Ad Litem, DONNA FLETCHER,<br><br>            Plaintiffs,<br><br>     v.<br><br>CITY OF MODESTO; TOM FARA; BRENT SALYER; and DOES 1 through 50,<br><br>            Defendants. | Case No. 1:16-CV-01512-LJO-EPG<br><br>**STIPULATION AND  ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT**<br><br><br><br>Trial Date:        None Set |

1

Plaintiffs Donna Fletcher; Nathan Fletcher; and N.F., a minor by and through his Guardian Ad Litem, Donna Fletcher (collectively, the "Plaintiffs"), and Defendants City of Modesto, Officer Tom Fara, and Officer Brent Salyer (collectively, the "Defendants"), hereby agree and stipulate as follows:

1. Plaintiffs filed their Complaint in this action on October 5, 2016. (Dkt. 1.)

2. The parties filed a Stipulation on October 31, 2016 for Defendants to have until December 8, 2016 to file a response to the Complaint (Dkt. 9), which was adopted and ordered by the Court on November 1, 2016. (Dkt. 10.)

3. Since October 31, 2016, the parties have been engaged in settlement related discussions and as a result jointly request that Defendants have until **December 23, 2016** to file a responsive pleading to Plaintiffs' Complaint. The parties do not anticipate requesting any further extensions of this deadline.

IT IS SO STIPULATED.

DATED: December 6, 2016          MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /s/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants City of Modesto; Tom Fara; Brent Salyer

DATED: December 6, 2016          LAYFIELD & BARRETT, APC

By: /s/ Gregory Peacock
Gregory Peacock
Attorney for Plaintiffs

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

**ORDER**

GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order of this Court. Defendants shall file a responsive pleading to Plaintiffs' Complaint by December 23, 2016.

IT IS SO ORDERED.

Dated:   **December 7, 2016**          /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE