1  Adam U. Lindgren, City Attorney (SBN: 177476)
   CITY OF MODESTO
2  1010 10th Street, Suite 6300
   PO BOX 642
3  Modesto, CA  95353
4  Telephone: (209) 577-5284
   Facsimile: (209) 544-8260
5
   Blake P. Loebs (SBN: 145790)
6  bloebs@meyersnave.com
7  David Mehretu (SBN: 269398)
   dmehretu@meyersnave.com
8  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
9  Oakland, CA  94607
   Telephone: (510) 808-2000
10 Facsimile: (510) 444-1108

11
   Attorneys for Defendants City of Modesto, Tom Fara, and
12 Brent Salyer

13                 **UNITED STATES DISTRICT COURT**

14      **EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION**

15 DONNA FLETCHER; NATHAN              Case No. 1:16-CV-01512-LJO-EPG
   FLETCHER; and N.F., a minor by and
16 through his Guardian Ad Litem, DONNA **STIPULATION AND ORDER**
   FLETCHER,                           **EXTENDING TIME FOR DEFENDANTS**
17                                     **TO RESPOND TO FIRST AMENDED**
                Plaintiffs,            **COMPLAINT**
18
          v.
19
   THE CITY OF MODESTO; TOM FARA;
20 BRENT SALYER; and DOES 1 through 50,
   inclusive,
21
                Defendants.           Trial Date:      None Set
22

23

24

25

26

27

28
                                              Case No. 1:16-CV-01512-LJO-EPG

1    Plaintiffs Donna Fletcher; Nathan Fletcher; and N.F., a minor by and through his Guardian

2  Ad Litem, Donna Fletcher (collectively, the "Plaintiffs"), and Defendants City of Modesto, Officer

3  Tom Fara, and Officer Brent Salyer (collectively, the "Defendants"), hereby agree and stipulate as

4  follows:

5    1.    Plaintiffs filed their First Amended Complaint in this action on March 7, 2017.

6  (Dkt. 28.)

7    2.    Defendants' response is otherwise due on March 21, 2017.

8    3.    The parties continue to be involved in settlement related discussions and as a result

9  jointly request that Defendants have until **April 20, 2017** to file a responsive pleading to

10  Plaintiffs' First Amended Complaint.  The parties do not anticipate requesting any further

11  extensions of this deadline.

12

13    IT IS SO STIPULATED.

14
   DATED:  March 15, 2017          MEYERS, NAVE, RIBACK, SILVER & WILSON
15

16                    By:    /S/  Blake P. Loebs
17                         Blake P. Loebs
                         Attorneys for Defendants City of Modesto; Tom
18                         Fara; Brent Salyer

19  DATED:  March 15, 2017          BRUNO NALU

20

21                    By:    /S/  Gregory Peacock
                         Gregory Peacock
22                         Attorney for Plaintiffs

23    The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing

24  is submitted concur in the filing's content and have authorized the filing.

25

26

27

28
                            1                    Case No. 1:16-CV-01512-LJO-EPG
                  STIPULATION AND ORDER EXTENDING TIME FOR
                  DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT

**ORDER**

GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order of this Court and Defendants have until **April 20, 2017** to file a responsive pleading to Plaintiffs' First Amended Complaint.

IT IS SO ORDERED.

Dated:    **March 20, 2017**              /s/ *Erica P. Grosjean*
                                          UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING TIME FOR
DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT