Adam U. Lindgren, City Attorney (SBN: 177476)
CITY OF MODESTO
1010 10th Street, Suite 6300
PO BOX 642
Modesto, CA 95353
Telephone: (209) 577-5284
Facsimile: (209) 544-8260

Blake P. Loebs (SBN: 145790)
bloebs@meyersnave.com
David Mehretu (SBN: 269398)
dmehretu@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Modesto, Tom Fara, and Brent Salyer

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| DONNA FLETCHER; NATHAN FLETCHER; and N.F., a minor by and through his Guardian Ad Litem, DONNA FLETCHER,<br><br>Plaintiffs,<br><br>v.<br><br>THE CITY OF MODESTO; TOM FARA; BRENT SALYER; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 1:16-CV-01512-LJO-EPG<br><br>**STIPULATION AND ORDER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO FIRST AMENDED COMPLAINT**<br><br><br><br>Trial Date: None Set |

1    Plaintiffs Donna Fletcher; Nathan Fletcher; and N.F., a minor by and through his Guardian Ad Litem, Donna Fletcher (collectively, the "Plaintiffs"), and Defendants City of Modesto, Officer Tom Fara, and Officer Brent Salyer (collectively, the "Defendants"), hereby agree and stipulate as follows:

1. Plaintiffs filed their First Amended Complaint in this action on March 7, 2017. (Dkt. 28.)

2. Defendants' response is otherwise due on April 20, 2017.

3. The parties continue to be actively involved in settlement related discussions and as a result jointly request that Defendants have until **May 4, 2017** to file a responsive pleading to Plaintiffs' First Amended Complaint. This will be the last request for an extension of this deadline.

IT IS SO STIPULATED.

DATED: April 17, 2017    MEYERS, NAVE, RIBACK, SILVER & WILSON

By: /S/ Blake P. Loebs
Blake P. Loebs
Attorneys for Defendants City of Modesto; Tom Fara; Brent Salyer

DATED: April 17, 2017    BRUNO NALU

By: /S/ Gregory Peacock
Gregory Peacock
Attorney for Plaintiffs

The filer, Blake P. Loebs, attests that all other signatories listed on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

1 **ORDER**

2     GOOD CAUSE APPEARING, the above Stipulation is accepted and adopted as the Order

3 of this Court and Defendants have until **May 4, 2017** to file a responsive pleading to Plaintiffs'

4 First Amended Complaint.

5

6 IT IS SO ORDERED.

7     Dated: __**April 18, 2017**__            /s/ Erica P. Grosjean

8                                                          UNITED STATES MAGISTRATE JUDGE